IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EVERETT FOREMAN
ADC #102271                                                           PETITIONER

v.                              No. 5:99-cv-390-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                                     RESPONDENT

ORDER

Motion, № 18, dismissed without prejudice for lack of jurisdiction. Foreman's conviction and sentence have already been examined in one complete round in habeas. № 7, 10 &16. And Rule 60 can't be deployed to make an end-run around the statute's presumptive bar against successive habeas petitions. *Gonzalez v. Crosby*, 545 U.S. 524, 528-32 (2005); *Ward v. Norris*, 577 F.3d 925, 932-33 (8th Cir. 2009). Foreman must therefore seek and get permission from the Court of Appeals before he can proceed on any new claims. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue.

---

*Wendy Kelley is the current director of the Arkansas Department of Correction. The Court directs the Clerk to amend the docket.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2016